**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Keischa Wilson, et al.,<br><br>PLAINTIFF(S)<br>v.<br>City of Long Beach, et al.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 09-3455-PJW<br><br>**JUDGMENT ON THE VERDICT FOR DEFENDANT(S)** |

    This action having been tried before the Court sitting with a jury, the Honorable <u>Patrick J. Walsh</u>, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

    IT IS ORDERED AND ADJUDGED that the plaintiff(s):

<u>Keischa Wilson and Michael Wilson, Sr.</u>

take nothing; that the action be dismissed on the merits.

                                               Clerk, U. S. District Court

Dated: <u>March 20, 2012</u>                                      By <u>/s/ Celia Anglon-Reed</u>
                                                                                  Deputy Clerk

At: <u>3:40 p.m.</u>

cc:    Counsel of record

S:\PJW\Cases-Consent\WilsonvLongBeach\Judg. on Verdict CV-44.wpd