# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Keischa Wilson, et al., | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 09-3544-PJW |
| v. | |
| City of Long Beach, et al., | **JUDGMENT ON THE VERDICT FOR DEFENDANT(S)** |
| DEFENDANT(S). | |

    This action having been tried before the Court sitting with a jury, the Honorable Patrick J. Walsh, Magistrate Judge presiding; the issues having been duly tried and the jury having duly rendered its verdict.

    IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Keischa Wilson and Michael Wilson, Sr.

take nothing; that the action be dismissed on the merits;

Clerk, U. S. District Court

Dated: March 20, 2012        By /s/ Celia Anglon-Reed
                                    Deputy Clerk

At: 3:40 p.m.

cc:    Counsel of record